## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
      )
      Plaintiff,      )
      )
      -vs-      )      Case No. CR-26-187-STE
      )
JIYOUNG HUTCHINSON,      )      Violation: 18 U.S.C. § 113(a)(4) )
      )
      )
      Defendant.

## S U P E R S E D I N G
## I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
### (Assault)

On or about May 3, 2026, in the Western District of Oklahoma at Fort Sill Military Reservation, at or near 5776B Faiola Road,

- - - - - - - - - - - - - - - **JIYOUNG HUTCHINSON,** - - - - - - - - - - - - - -

the defendant, did assault "W.H." by striking, beating, or wounding him.

All in violation of Title 18, United States Code, Section 113(a)(4).

Dated this 4th day of May, 2026.

ROBERT J. TROESTER
United States Attorney

PAUL T. OLIVER
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
(580) 442-3900